IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATRINA BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-cv-00004-C |
| CONTINENTAL AEROSPACE TECHNOLOGIES, INC., | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Defendant's motion for summary judgment (Doc. 57) is **GRANTED**. Thus, the Plaintiff's claims of sex discrimination in violation of Title VII of the Civil Rights Act of 1964 and retaliation for allegedly complaining of sex discrimination on January 14, 2020, as set forth in the First Amended Complaint (Doc. 20), are **DISMISSED WITH PREJUDICE.** Costs are awarded to the Defendant.

DONE this the 29th day of September, 2022.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE